Dymere BERRY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 241, 2016

Supreme Court of Delaware.

Submitted: October 5, 2016
Decided: October 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1206002303

DISMISSED.

Tralon T. BAILEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 356, 2016

Supreme Court of Delaware.

Submitted: October 14, 2016
Decided: October 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1008005435

DISMISSED.

Jeffrey W. THOMAS, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 441, 2016

Supreme Court of Delaware.

Submitted: September 6, 2016
Decided: October 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1403008516.

DISMISSED.

Ralph BROWN,[1] Petitioner/Respondent
Below, Appellant,

v.

Jessie BRANCH, Respondent/Petitioner
Below, Appellee.

No. 689, 2015

Supreme Court of Delaware.

Submitted: August 19, 2016
Decided: October 21, 2016

Court Below—Family Court of the State of Delaware, File No. CS-09-01929, Petition Nos. 14-26105, 14-26747, 14-32801

AFFIRMED.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).